IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LARRY GORDON,<br><br>*Plaintiff,*<br><br>ENGILITY CORPORATION IN STATE OF MASSACHUSETTS,<br><br>*Defendant.* | )<br>)<br>)<br>) Case No. 1:20-cv-01380<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' joint Stipulation of Dismissal. Plaintiff Larry Gordon and Defendant Engility Services, LLC, improperly pled as "Engility Corporation In State of Massachusetts," have notified the Court that they have resolved this matter by mutual agreement. Therefore, the Court hereby DISMISSES this case WITH PREJUDICE. Each party will bear its own fees and costs and neither party will be deemed a prevailing party. This Court retains jurisdiction over the case solely for purposes of enforcement of the parties' agreed resolution.

It is SO ORDERED.

Entered: 2/6/23

_____
District Court Judge

51485933.v1-Ogletree